In the Matter of ELLA SHILLINGFORD, Appellant, v SKIP DIELINGER, Respondent. [954 NYS2d 907]—

The Family Court providently exercised its discretion in denying the mother's objections to the Support Magistrate's determination that she failed to establish a substantial change in circumstances warranting an upward modification of child support (*see* Domestic Relations Law § 236 [B] [9] [b]; *Matter of Gracie v Donovan*, 84 AD3d 1375, 1376 [2011]; *Matter of Simmons v Simmons*, 71 AD3d 775, 776 [2010]; *Matter of Heyward v Goldman*, 23 AD3d 468, 469 [2005]). Mastro, J.P., Lott, Roman and Cohen, JJ., concur.